342 F.2d 1000
 The CALIFORNIA COMPANY, Appellant,
v.
NOBLE DRILLING CORPORATION, Appellee.
 No. 21682.
 United States Court of Appeals Fifth Circuit.
 April 5, 1965.
 
 Joaquin Campoy, of Deutsch, Kerrigan & Stiles, Paul A. Gaudet, New Orleans, La., of counsel, for appellant.
 Sam A. LeBlanc, W. Ford Reese and Adams & Reese, New Orleans, La., for appellee.
 Before WOODBURY,[1] JONES and GEWIN, Circuit Judges.
 PER CURIAM:
 
 
 1
 To the extent that the appellant's assigned errors were properly raised and preserved, we find them to be without merit. The judgment of the district court is
 
 
 2
 Affirmed.
 
 
 
 [1]
 Senior Judge of the First Circuit sitting by designation